**ORAL ARGUMENT NOT YET SCHEDULED**

**UNITED STATES COURT OF APPEALS
FOR THE D.C. CIRCUIT**

_____

Hoopa Valley Tribe, )
)
    *Petitioner,* )
)
v. ) No. 14-1271
)
Federal Energy Regulatory Commission, )
)
    *Respondent* )
_____ )

**AMERICAN RIVERS, CALIFORNIA TROUT, KLAMATH WATER USERS ASSOCIATION, TROUT UNLIMITED, AND UPPER KLAMATH WATER USERS ASSOCIATION'S OPPOSITION TO YUROK TRIBE'S MOTION TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PETITIONER AND REMAND**

Pursuant to Federal Rules of Appellate Procedure 27(a)(3) and Circuit Rule 27, American Rivers, California Trout, Klamath Water Users Association, Trout Unlimited, and Upper Klamath Water Users Association (collectively "Intervenor NGOs") respectfully file this response in opposition to the Yurok Tribe's "Motion to File Amicus Curiae Brief In Support of Petitioner and Remand" (October 2, 2015). Intervenor NGOs oppose the Motion on the ground that the Motion is inconsistent with the Yurok Tribe's contractual obligations under the Klamath Hydroelectric Settlement Agreement. We acknowledge that this ground is not

1

justiciable, since these contractual obligations are not before this Court. If the Court grants the Yurok Tribe's Motion, Intervenor NGOs will respond to the merits of the Yurok Tribe's arguments on the briefing schedule ordered by the Court on July 28, 2015.

## CONCLUSION

For the foregoing reasons, Intervenor NGOs request that the Court deny the "Yurok Tribe's Motion to File Amicus Curiae Brief in Support of Petitioner and Remand."

Dated:  October 14, 2015          Respectfully submitted,

*/s/ Richard Roos-Collins*
_____
Richard Roos-Collins
Julie Gantenbein
**WATER AND POWER LAW GROUP PC**
2140 Shattuck Avenue, Suite 801
Berkeley, CA 94704
(510) 296-5588
rrcollins@waterpowerlaw.com
jgantenbein@waterpowerlaw.com

Attorneys for AMERICAN RIVERS, CALIFORNIA TROUT, and UPPER KLAMATH WATER USERS ASSOCIATION

2

_____
Stuart Somach
**SOMACH, SIMMONS & DUNN, PC**
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
(916) 446-7979
ssomach@somachlaw.com

Attorney for KLAMATH WATER USERS ASSOCIATION


_____
Brian Johnson
**TROUT UNLIMITED**
4221 Hollis Street
Emeryville, CA  94608
(510) 528-4772
bjohnson@tu.org

Attorney for TROUT UNLIMITED

# **CERTIFICATE OF SERVICE**

Pursuant to Rule 25 of the Federal Rules of Appellate Procedure and Circuit Rule 25, I hereby certify that I have this day caused to be served, through the Notice of Activity generated by the Court's Case Management/Electronic Case Files system, the foregoing document upon the parties listed below.

Thomas P. Schlosser
Thane D. Somerville
Morisset, Schlosser, Jozwiak & Somerville
801 Second Avenue
Suite 1115
Seattle, WA 98104-1509
t.schlosser@msaj.com

*Attorneys for Petitioner Hoopa Valley Tribe*

Robert H. Solomon, Solicitor
Ross Fulton
Federal Energy Regulatory Commission
888 First Street, NE
Washington, DC 20426
robert.solomon@ferc.gov

*Attorneys for Respondent Federal Energy Regulatory Commission*

Michael A. Swiger
Sharon L. White
Van Ness Feldman, LLP
1050 Thomas Jefferson St., NW
Suite 700
Washington, DC 20007
mas@vnf.com
slw@vnf.com

*Attorneys for Intervenor PacifiCorp*

George J. Mannina, Jr.
Nossaman LLP
1666 K Street, NW, Suite 500
Washington, D.C. 20006
gmannina@nossaman.com

 *Attorney for Intervenor County of Siskiyou, California*

Daniel I.S.J. Rey-Bear
Nordhaus Law Firm, LLP
421 W. Riverside Ave., Suite 1004
Spokane, WA 99201-0410
Drey-bear@nordhauslaw.com

 *Attorney for Yurok Tribe*


Dated: October 14, 2015

          */s/ Julie Gantenbein*
          _____

          Julie Gantenbein
          **WATER AND POWER LAW GROUP PC**